**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re:<br>Scott W. Fitzgerald<br><br>Debtor(s) | Chapter 13<br>23-10226-CJP |

**ORDER**

**MATTER:**
#53 Affidavit of Non-Compliance (Re: 51 Order on Motion for Order/Authority) filed by Trustee Carolyn Bankowski-13-12.

ANY RESPONSE TO THE AFFIDAVIT OF NON-COMPLIANCE SHALL BE FILED ON OR BEFORE OCTOBER 26, 2026. IF NO RESPONSE IS FILED, THE CASE MAY BE DISMISSED WITHOUT FURTHER NOTICE OR HEARING.

Dated: 10/16/2026

By the Court,

Christopher J. Panos
United States Bankruptcy Judge